IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:05CR9-V

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )    **ORDER** |
| | ) |
| AL ANTONIO BELLAMY (9) and | ) |
| TRAVIS DORAN RAMSEUR (21), | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER** is before the Court on the Government's Motion To Sever pursuant to Fed. R. Crim. P. 14(a), filed February 23, 2006. (Document #468) According to the Government, "evidence pertaining to homicides allegedly committed by defendants Ramseur and Bellamy may be prejudicial to the remaining defendants who are pending trial in the case of United States v. Eckles." For the reasons stated in the Government's motion, and in the interest of justice, these matters will be severed.

**IT IS, THEREFORE, ORDERED** that, for purposes of trial, Defendants Bellamy and Ramseur are hereby **SEVERED** from the remaining Defendants in 5:05CR9.

Signed: February 23, 2006

Richard L. Voorhees
Chief United States District Judge