IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05CR9-V

FILED
IN COURT
STATESVILLE, N. C.

AUG 25 2008

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| VS. | ) | |
| | ) | ORDER |
| AL ANTONIO BELLAMY, | ) | |
| TRAVIS DORAN RAMSEUR, | ) | |
| | ) | |
| Defendants | ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following the sentencing hearing and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits and that upon request of the Clerk, the custodian of the exhibits shall deliver said exhibits to the Clerk forthwith.

This 25th day of August, 2008.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE